SCWC-13-0000024

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING
ASSOCIATION AS TRUSTEE FOR GSR 2006-OA1,
Respondent/Plaintiff-Appellee,

vs.

JOSEPH BILLETE and MARIVEL BILLETE,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000024; DC CIVIL NO. 1RC12-1-6213)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants' Application for Writ

of Certiorari, filed on February 29, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, April 13, 2016.

Gary Victor Dubin and          /s/ Mark E. Recktenwald
Frederick J. Arensmeyer
for petitioners                /s/ Paula A. Nakayama

                               /s/ Sabrina S. McKenna

                               /s/ Richard W. Pollack

                               /s/ Michael D. Wilson

